# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BLAIZE THOMAS GROS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-1783** |
| **LAFOURCHE PARISH, ET AL.** | **SECTION "A" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** plaintiff Blaize Thomas Gros's 42 U.S.C. § 1983 claims against defendants Lafourche Parish, Lafourche Parish Medical Department, the Federal Emergency Management Agency, and the Centers for Disease Control and Prevention are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e), § 1915A, and as applicable, 42 U.S.C. § 1997e, as frivolous and otherwise for failure to state a claim for which relief can be granted.

**IT IS FURTHER ORDERED** that Gros's state law tort and negligence claims are **DISMISSED WITHOUT PREJUDICE** because the court declines to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c).

February 18, 2022

_____
UNITED STATES DISTRICT JUDGE